(110 So. 478)

**GULF STATES STEEL CO. v. HOUSTON FURNITURE CO.** (6 Div. 806.)

(Supreme Court of Alabama. Nov. 26, 1926.)

Certiorari to Court of Appeals.

Mathews & Mathews, of Bessemer, for petitioner.

Percy, Benners & Burr and W. H. Beatty, all of Birmingham, opposed.

PER CURIAM. Petition of the Houston Furniture Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gulf States Steel Co. v. Houston Furniture Co., 21 Ala. App. 580, 110 So. 476.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.